UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

TAISHA M. LATIMER,            Chapter 7
                                                  Case No. 21-49751-TJT
    Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER FOR PRODUCTION OF DOCUMENTS OF
DEBTOR UNDER FED. R. BANKR. P. 2004 AND TO EXTEND
THE DEADLINE TO OBJECT TO THE DEBTOR'S DISCHARGE,
AND CANCELING APRIL 6, 2022 HEARING**

This case is before the Court on the Chapter 7 Trustee's motion entitled "Motion for Production of Documents of Debtor Pursuant to Fed. R. Bankr. P. 2004 and To Extend the Deadline to Object to the Debtor's Discharge" (Docket #18, the "Motion"). The Trustee and the Debtor agreed to resolve the Motion, as evidenced by the stipulation of the parties filed March 30, 2022 (Docket # 24). The Court finds good cause to enter this Order.

      IT IS ORDERED that the Motion is granted.

      IT IS FURTHER ORDERED that the Debtor must produce and turn over the following documents identified below to Elias T. Majoros, counsel for the Chapter 7 Trustee, at Gold, Lange, Majoros & Smalarz, P.C., 24901 Northwestern Hwy., Suite 444, Southfield, Michigan 48075 on or before April 22, 2022:

      1.    All unredacted bank statements, cancelled checks, and check registers for all savings accounts, checking accounts, brokerage and investment

accounts, and business checking accounts in the name of the Debtor, held jointly with another, or such accounts that she merely used for the period January 1, 2018 through December 31, 2021, including accounts ending xxxx9062 and Rush Card xxxx7431, as well as documents relating to, referring to and/or evidencing the source of non-payroll deposits and disposition of cash withdrawals and all records evidencing who received the cash, their full names and addresses.

2. All records relating to, referring to, or evidencing any transfers of property to and/or between the Debtor and her spouse, ex-spouse, adult children, relatives and other insiders within the last six (6) years, including documents evidencing the consideration received for the transfers and the disposition of the proceeds.

3. A chronological list and copy of all records relating to, referring to, or evidencing transfers by the Debtor of money, tangible personal or real property to insiders of the Debtor within the last six (6) years.

4. Copies of Debtor's unredacted city, state and federal income tax returns for 2018 through 2021 with all schedules and tax forms.

5. Copy of lease for Debtor's current residence.

6. Copy of Debtor's Health Savings Account statements for 2021 and 2022.

IT IS FURTHER ORDERED that the deadline for the Chapter 7 Trustee and the Office of the United States Trustee to object to the Debtor's discharge under any subsection of 11 U.S.C. § 727 is extended to June 15, 2022.

IT IS FURTHER ORDERED that the hearing on the Motion scheduled for April 6, 2022 is canceled.

**Signed on March 30, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge